

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00054-CV

**IN THE INTEREST OF S.H.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00641
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is affirmed. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal.

SIGNED July 1, 2015.

_____
Jason Pulliam, Justice